**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 08-cv-01143-LTB-KMT

VALERIE JONES,

        Plaintiff,

v.

PRIMARY FINANCIAL SERVICES, LLC, an Arizona limited liability corporation,

        Defendant.
_____

**ORDER OF DISMISSAL**
_____

THIS MATTER having come before the Court on the Plaintiff's Notice of Dismissal With Prejudice (Doc 3 - filed June 16, 2008), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                                        BY THE COURT:

                                          s/Lewis T. Babcock
                                          Lewis T. Babcock, Judge

DATED: June 17, 2008